**DAVID J. DOYAGA**
ATTORNEYS AT LAW
SUITE 1601
26 COURT STREET
BROOKLYN, NEW YORK 11242
(718) 488-7500

March 2, 2021

Honorable Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re:    Ewart Williams and Thelma Williams
       Case No. 18-45467-ess

Your Honor:

Please be advised that the above-referenced Debtors have no opposition to the Trustee's Motion to Dismiss scheduled for March 8, 2021 at 10:00 AM.

Very truly yours,

S/David J. Doyaga, Sr.

cc:    Marianne DeRosa, Trustee